53 So.2d 896

### Lola ROBINSON v. CITY OF BIRMINGHAM.
### 6 Div. 135.

Court of Appeals of Alabama.
April 24, 1951.

Rehearing Denied May 15, 1951.

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

HARWOOD, Judge.
Affirmed.

53 So.2d 896

### Washington ROSS v. CITY OF BIRMINGHAM.
### 6 Div. 209.

Court of Appeals of Alabama.
May 1, 1951.

Gibson & Hewitt, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

CARR, Presiding Judge.

Affirmed on authority of Smith v. City of Birmingham, ante, p. 72, 52 So.2d 394.

52 So.2d 890

### Emmitt ROWE v. CITY OF BIRMINGHAM.
### 6 Div. 78.

Court of Appeals of Alabama.
March 13, 1951.

Application for Rehearing Stricken March 28, 1951, Sup.Ct. Rule 38, Code 1940, Tit. 7 Appendix.

Geo. E. Trawick, of Birmingham, for appellant.

Chas. H. Brown, of Birmingham, for appellee.

HARWOOD, Judge.

Affirmed. Certiorari denied by Supreme Court, 255 Ala. 699, 52 So.2d 885.

53 So.2d 896

### Collier RUTLEDGE v. CITY OF BIRMINGHAM.
### 6 Div. 241.

Court of Appeals of Alabama.
April 24, 1951.

Rehearing Denied May 15, 1951.

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

HARWOOD, Judge.
Affirmed.